UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MAURICE LEE,<br><br>    Petitioner,<br><br>    v.<br><br>A. LAMARQUE,<br><br>    Respondent. | 1:03-CV-06855-AWI-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Docs. 37 & 38) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 22, 2006, and September 13, 2006, petitioner filed motions for an extension of time to file objections to the Magistrate's findings and recommendations of August 2, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:  September 22, 2006**          **/s/  William M. Wunderlich**
bl0dc4                    UNITED STATES MAGISTRATE JUDGE